U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 13 2005

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH HEARN,<br>          Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. CV04-2402-A |
| VERSUS | |
| ROBERT TAPIA, WARDEN,<br>          Respondents | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the magistrate judge's findings under the applicable law;

IT IS ORDERED that Hearn's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED WITH PREJUDICE.

In his objections, petitioner has cited *Moreland v. Federal Bureau of Prisons*, 363 F. Supp. 2d 882 (S.D. TX, 2005) for authority. That case is, however, neither controlling nor persuasive, particularly since the decision in *Sample v Morrison*, 406 F.3d 310 (5th Cir. 2005) and other Southern District of Texas cases: *Stewart v. U.S. Bureau of Prisons*, 2005 WL 1155123 (S.D. TX, 2005), and *Morales v. U.S. Bureau of Prisons*, 2005 WL 1155125 (S.D. TX, 2005).

SIGNED on this 13th day of July, 2005 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE